NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3084

SARAH PATRICIA BENNETT,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF VETERANS AFFAIRS,

Intervenor.

Petition for review of the Merit Systems Protection Board
in case no. PH0752090673-I-1.

ON MOTION

## O R D E R

Upon consideration of the unopposed motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Veterans Affairs to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

__MAY 1 1 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Phillip R. Kete, Esq.
Karen V. Goff, Esq.
Sara Rearden, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK